IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00245-MSK-MJW

REVEREND MATT HALE,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
DAVID BERKEBILE (individually),
BLAKE DAVIS (individually),
CHRISTOPHER SYNSVALL (individually),
BENJAMIN BRIESCHKE (individually),
S. M. KUTA (individually),
L. MILUSNIC (individually),
PATRICIA RANGEL (individually),
WENDY HEIM (individually),
S. SMITH (individually),
H. REDDEN (individually),
DIANA KRIST (individually), and
A. TUTTOILMONDO (individually),

Defendants.

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF

Entered by U. S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case (Docket No. 19), entered by Chief Judge Marcia S. Krieger on May 30, 2014.

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> July 9, 2014, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF:
Matt Hale
#15177-424
Florence ADMAX U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

FURTHER, it is ORDERED that the Plaintiff shall appear telephonically, and the plaintiff's case manager shall make the appropriate arrangements to permit his attendance at the Scheduling Conference and shall contact the court by calling the Court at (303) 844-2403.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff shall:

1. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

2. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

Done and signed this 2nd day of June, 2014.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge