IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00245-MSK-MJW

REVEREND MATT HALE,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Unopposed Motion for a 60-Day Extension of the Current Deadlines in the Scheduling Order (Docket No. 86) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 73) is AMENDED such that:

    - The deadline to designate and disclose affirmative expert witnesses is June 17, 2016;

    - The deadline to designate and disclose rebuttal expert witnesses is July 22, 2016;

    - The deadline to serve written discovery is September 13, 2016;

    - The discovery cut-off is October 17, 2016; and

    - The dispositive motion deadline is November 18, 2016.

Date: April 7, 2016