February 19, 2017

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 FEB 27 PM 3: 10

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

John R. Crookston
7132 North 23rd. Street
Kalamazoo, Michigan
        49004

Susan Prose
Assistant United States Attorney
1801 California Street Suite 1600
Denver, Colorado 80202

Reply to Susan Prose's reply to my motion to join the case 14-cv00245.  *MSK*

Dear Ms. Prose,

I have been corresponding with Reverend Hale for 3 years now and I have noticed the irregularity in the replies I get and the time lapse that occurs between the time I send them and the time he actually gets them. The same thing applies in his replies as I write down the dates I get them and compare it to the dates he writes when they are sent. Who is messing with the mails, and why? I have never met Mr. Hale, so it would be hard to call me one of his "friends", and I have never met anyone else that claims to be a member of the church of the Creator, so I can't claim to be a member of any congregation of the same, I DO support Matt Hale, and I am gleaning information from his every letter as to how his beliefs and mine interface with each other.

I am sure that if you want to, you can get the file from the BOP of all of the correspondence, as I know that they read everything before it gets to the prisoners. Be my guest! There have been dozens of questions and opinions exchanged back and forth and the process is continuing, albeit over the past 6 months it has been restricted by Matt's situation confined to the Hole in Terre Haute. I do know what I am talking about in relation to this place as I spent almost 3 years in the Terre Haute Prison camp about 20 years ago. It is the "armpit" of the BOP, and the BOP is definitely not a good place to be held in any facility. While at the camp, I personally saw many different religions being practiced, and for a lot of different reasons: I also saw the effort the BOP made to accommodate the many different diets required for these religions and also for the medical diet needs of some of the prisoners.

This varied all the way from the Hispanics celebrating Cinco de Mayo, to meatless meals for some prisoners, to late dinners for Ramadan for the Muslims. It also included special meals at Christmas time which had nothing to do with the Muslims, to Thanksgiving dinner which had nothing to do with any religion. Reverend Hale's precepts and the precepts of the Church of the Creator are certainly firmly held, they are based on the laws of Nature, and they are succinctly spelled out in Natures Eternal Religion by the founder of the church Ben Klassen. Creativity is more of a religion and the precepts are certainly more justified than most other religions, plus the beliefs are based on solid logic and common sense. WHY are you spending all of this time and effort to punish Matt and us for what we believe???

I, you, we (all of us!) have a RIGHT to believe anything we want to for any reason, and to change those beliefs if we want to. We can choose NOT to believe, and that is also a RIGHT. Whether you think that my beliefs are stupid or inane, or I believe the same for your beliefs; whatever they may be is not for either of us to decide or regulate. I personally know that the government of the United States works for

ME and since you work for them, you work for me. I expect you to defend my rights to associate with Reverend Hale, his supporters, his family and even his enemies if I so desire. In my almost 65 years, I have been absolutely "sure" of many things, only to read and learn that what I "knew" was not necessarily so. NOTHING is what it seems, and I am always studying and looking for information and facts to either prove or disprove what it is that I know. I don't fit well into any of the "pigeon holes" that many people try and label us with. I AM a plaintiff in this case, and I am telling you as my employee to get out of the way and let the case take care of itself. I understand from your brief, that you don't think that I have "followed" your rules to be included in this case. What you are not taking into consideration is that your rules are interfering with my rights and my rights Trump your rules.

GIVE Matt his holy books! Give him his religious diet! Give him his violin for Gods sake. Stop interfering with his and my mail (s). Get him out of that hell Hole in the SHU! This is much more than my rights and Matt's situation. It is all political correctness gone wild and it is punishment for a belief system. I saw many political prisoners in the system while I was a guest, and the U. S. prisons hold more people in them than any other country in the world. What are you people afraid of?

You mentioned in your brief all of the hundreds of hours you and your staff have put into this case. You and the BOP can end it all tomorrow by simply stopping any more punishment for Matt for things that he HASN'T done and for his belief system that runs contrary to what you now believe to be true. Governments LIE. That is what they do. It has gotten to the point that when they do tell the truth, we don't know whether to believe them or not. It has also gotten to the point that when something is "pushed" as in our best interests by the powers that be, I assume it is a lie and resist.

With all due respect,

John R. Crookston
PLAINTIFF!

Copies sent to:
Matthew F. Hale 15177-424
FCI
P.O. Box 33
Terre Haute, Indiana 47808

Office of the clerk
United States District Court
901-19th Street Room 105
Denver, Colorado 80202

John R Crookston
7652 N. 33rd St
Kalamazoo, MI
49009

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 24 2017
JEFFREY P. COLWELL
CLERK

Office of the Clerk
United States District Court
901 - 19th Street - Room A105
Denver Colorado 80294-3589

GRAND RAPIDS MI 494
21 FEB 2017 PM 3 L

USA FOREVER